# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| BRENDA D. WHITE and husband, ULYSSES WHITE, <br><br> Plaintiff, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION, COSTCO WHOLESALE MEMBERSHIP, INC. and EXCELL REFRIGERATION OF SOUTH CAROLINA, INC. <br><br> Defendants. | Civil Action <br> File No.: 2018RCCV270 |

# NOTICE OF REMOVAL

Defendants COSTCO WHOLESALE CORPORATION and COSTCO WHOLESALE MEMBERSHIP, INC. (collectively referred to herein as "Costco") hereby remove Case No. 2018 RCCV 270 from the Superior Court of Richmond County to the United States District Court for the Southern District of Georgia pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and as grounds for its removal state as follows:

## STATEMENT OF THE CASE

1. On May 24, 2018, Plaintiffs Brenda and Ulysses White filed suit against Defendants in the Superior Court of Richmond County, Civil Action File No. 2018 RCCV 270, which county is within the Augusta Division of this Court. *See* 28 U.S.C. § 90(c)(1).

2. Defendants were served with the Summons and Initial Complaint on June 4, 2018. A true and accurate copy of the Summons and Complaint is attached hereto as **Exhibit A**.

3. Costco Defendants timely answered Plaintiff's Initial Complaint on June 27, 2018. A true and accurate copy of the Answer is attached hereto as **Exhibit B**.

4. In the Complaint, the Plaintiffs allege that Costco Defendants owed Plaintiffs a duty of care to adequately inspect and maintain the floors of the Costco Wholesale store at issue to correct unreasonably dangerous conditions or warn the Plaintiff, as an invitee, that an unreasonably dangerous condition existed. Ex. A at ¶ 28. Plaintiffs further allege that Costco Defendants breached this duty, and are therefore negligent, by failing to take reasonable steps to prevent a foreseeable harm to invitees, failing to correct an unsafe condition on the premises, failing to take

reasonable steps to notify invitees, failing to ensure adequate oversight of staff, and failing to adequately train the staff.  Id. at ¶¶ 29-31.

5. In the Complaint, Plaintiffs also allege that Costco Defendants owed a statutory duty of care to business invitees to exercise ordinary care in keeping the premises and approaches safe under O.C.G.A. § 51-3-1.  Id. at ¶ 34.  The Plaintiffs allege that Costco Defendants breached this duty, and are therefore negligent per se, for the same reasons as listed above.  Id. at ¶¶ 35-37.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(A)

6. Removal to this Court is proper under U.S.C. §§ 1332 and 1441 because there is complete diversity between Plaintiffs and Costco and Excell Refrigeration of South Carolina, Inc., and it is believed that the amount in controversy is greater than $75,000, exclusive of interest, costs, and attorney's fees.

7. Plaintiffs Brenda and Ulysses White are both citizens and residents of the State of Tennessee.  Id. at ¶1.

8. Pursuant to 28 U.S.C. § 1332, both Defendants Costco Wholesale Corporation and Costco Wholesale Membership, Inc. are citizens of Washington.

9. Defendant Costco Wholesale Corporation is incorporated in the State of Washington, and its principal place of business is in Issaquah, Washington, where its headquarters and the bulk of Costco's executive and administrative functions are

- 3 -

located. By way of further support, copies of the Washington Secretary of State and Georgia Secretary of State profiles for Costco Wholesale Corporation are attached hereto as **Exhibits C and D**, respectively.

10. Defendant Costco Wholesale Membership, Inc. is incorporated in the State of Washington, and its principal place of business is located in Issaquah, Washington, where its headquarters and the bulk of Costco's executive and administrative functions are located. By way of further support, copies of the Washington Secretary of State and Georgia Secretary of State profiles for Costco Wholesale Membership, Inc. are attached hereto as **Exhibits E and F**, respectively. Further, this Defendant has been improperly named and should soon be dismissed as an improper party.

11. Pursuant to 28 U.S.C. § 1332, Defendant Excell Refrigeration of South Carolina, Inc. is a citizen of South Carolina.

12. Defendant Excell Refrigeration of South Carolina, Inc. is incorporated, and its principal place of business is in Lexington, South Carolina. By way of further support, copies of the South Carolina Secretary of State and Georgia Secretary of State profiles for Excell Refrigeration of South Carolina, Inc. are attached hereto as **Exhibits G and H**, respectively.

13. Under the facts alleged in Plaintiffs' Complaint, no Defendant in this action shares a common state citizenship with Plaintiffs in Tennessee. Therefore, there is complete diversity between Plaintiff and Defendants in this action.

14. Plaintiffs do not pray for a sum certain in the Complaint. However, it is apparent the amount in controversy exceeds the jurisdictional threshold of $75,000, exclusive of interest, costs, and attorney's fees. Plaintiffs allege that Plaintiff Brenda White suffered damages, including bodily injuries. Ex. A at ¶ 23. Plaintiffs also allege that Plaintiff Brenda White has incurred medical expenses for the treatment of these injuries, in addition to damages in the form of pain and suffering. Id. at ¶ 24. Further, Plaintiff Ulysses White alleges he has suffered loss of consortium and companionship and "other financial damages." Id. at ¶ 25.

15. If any question should arise as to the propriety of the removal of this action, Defendants respectfully request the opportunity to present a brief and oral argument in support of their position that the case is removable. *See, e.g., Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547 (2014) (holding that a defendant's notice of removal need include only a plausible allegation that the jurisdictional threshold is met, and evidence establishing the amount in controversy is required by 28 U.S.C. § 1446(c)(2)(B) only when the defendant's allegation is challenged).

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

16. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all the process, pleadings, orders, and documents from the State Court Action which have been served upon Costco Wholesale Corporation, Costco Wholesale Membership, Inc., and Excell Refrigeration of South Carolina, Inc. are being filed with this Notice of Removal.

17. All Defendants consent to removal.

18. This Notice of Removal has been filed within 30 days of the date that Costco Wholesale Corporation, Costco Wholesale Membership, Inc., and Excell Refrigeration of South Carolina, Inc. were served with the Summons and Complaint in this matter on June 4, 2018. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

19. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and § 1446(a) because the U.S. District Court for the Southern District of Georgia is the federal judicial district embracing the Superior Court of Richmond County, Georgia, where the State Court Action was originally filed.

20. Costco has given written notice of the filing of this Notice of Removal to the Plaintiff by notifying Plaintiffs' attorney David A. Wood. A written notice is being filed with the Clerk of the Superior Court of Richmond County at the same

time as the filing of this Notice; a copy of said notice is attached hereto as **Exhibit I**.

21.	The undersigned has read this Notice of Removal. To the best of the undersigned's knowledge, information, and belief, after reasonable inquiry, this Notice is well-grounded in fact and is warranted by existing law, and has not been interposed for any improper purpose, such as to harass, cause unnecessary delay, or a needless increase in the cost of litigation.

## CONCLUSION

By this Notice of Removal, Costco Wholesale Corporation and Costco Wholesale Membership, Inc. do not waive any objections that they may have as to service, jurisdiction or venue, or any other defenses or objection they may have to this action.  Costco Wholesale Corporation and Costco Wholesale Membership, Inc. intend no admissions of facts, law or liability by this Notice, and expressly reserve all defenses, motion and/or pleas.

**WHEREFORE** Defendants Costco Wholesale Corporation and Costco Wholesale Membership, Inc. pray the case be removed to the United States District Court for the Southern District of Georgia, Augusta Division.

Respectfully submitted this 28th  day of June, 2018.

- 8 -

        Respectfully submitted,

        WEATHINGTON MCGREW, P.C.

        By:   */s/ Heather H. Miller*
              HEATHER H. MILLER
              Georgia Bar No. 506756
              hmiller@weathingtonmcgrew.com
              SAMUEL E. BRITT
              Georgia Bar No. 772418
              sbritt@weathingtonmcgrew.com
              *Counsel for Defendants*
              *Costco Wholesale Corporation and*
              *Costco Wholesale Membership, Inc.*

191 Peachtree Street, N.E.
Suite 3900
Atlanta, Georgia  30303
404-524-1600

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

David A. Wood
Wood & Wood, LLP
P.O. Box 81052
Conyers, GA 30013

This 28th day of June, 2018.

                                                  */s/ Heather H. Miller*
                                                 HEATHER H. MILLER
                                                 Georgia Bar No. 506756
                                                 hmiller@weathingtonmcgrew.com
                                                 SAMUEL E. BRITT
                                                 Georgia Bar No. 772418
                                                 sbritt@weathingtonmcgrew.com
                                                 *Costco Wholesale Corporation and*
                                                 *Costco Wholesale Membership, Inc.*

191 Peachtree Street, N.E.
Suite 3900
Atlanta, Georgia  30303
404-524-1600