IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRENDA D. WHITE and ULYSSES WHITE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV 118-109 |
| COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP INC.; and EXCELL REFRIGERATION OF SOUTH CAROLINA, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the Superior Court of Richmond County, State of Georgia, Civil Action File Number 2018RCCV270, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 12th day of September, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA