# United States District Court
## Southern District of Georgia

BRENDA D. WHITE and
ULYSSES WHITE,

        Plaintiffs,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-109

COSTCO WHOLESALE CORPORATION;
COSTCO WHOLESALE MEMBERSHIP
INC.; and EXCELL REFRIGERATION
OF SOUTH CAROLINA, INC.,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 12, 2018 adopting the Report and Recommendation as the opinion of the Court, that this case is remanded to the Superior Court of Richmond County, State of Georgia, Civil Action File Number 2018RCCV270, for lack of subject matter jurisdiction. This case stands closed.



| 09/12/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk